UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | CR 25.127 JNE/DJF<br>**INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 2422(b)<br>18 U.S.C. § 2428(a)(1) |
| v. | 21 U.S.C. § 853(p)<br>28 U.S.C. § 2461(c) |
| JIMMY ANTONIO GARCIA-RAMIREZ, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT 1**
(Attempted Coercion and Enticement of a Minor)

On or about February 20, 2025, in the State and District of Minnesota, the defendant,

**JIMMY ANTONIO GARCIA-RAMIREZ**,

did unlawfully use a facility and means of interstate commerce to knowingly attempt to persuade, induce, entice, and coerce any individual who had not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense, including Minnesota Statute 609.345 (Criminal Sexual Conduct in the Fourth Degree); all in violation of 18 U.S.C. § 2422(b).

**FORFEITURE ALLEGATION**

Count 1 of this Indictment is hereby realleged and incorporated as if fully


SCANNED
APR 0 8 2025
U.S. DISTRICT COURT MPLS

*United States v. Jimmy Antonio Garcia-Ramirez*

set forth herein by reference, for the purpose of alleging forfeitures.

If convicted of Count 1 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428(a), any property, real or personal, used or intended to be used to commit or to facilitate the commission of Count 1, and any property, real or personal, constituting or derived from any proceeds that the defendant[s] obtained, directly or indirectly, as a result of such violation.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____          _____
ACTING UNITED STATES ATTORNEY          FOREPERSON

2